**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SQUIRE PATTON BOGGS (US) LLP,　　*Plaintiff*,　　v.　　U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*.,　　*Defendants*. | Civil Action No.: 19-0045 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the schedule that the Parties proposed in their last Joint Status Report, *see* ECF No. 13, the Parties respectfully provide the Court with this status report:

1.　　In this Freedom of Information Act ("FOIA") matter, Plaintiff submitted a FOIA request on October 10, 2018. *See* Compl. ¶ 21 (ECF No. 1). Thereafter, Plaintiff filed its Complaint on January 8, 2019.

2.　　On January 11, 2019, Defendants filed their Answer. *See* Answer (ECF No. 12).

3.　　On January 11, 2019, Defendants issued their final response to Plaintiff. In their response, Defendants explained that they located twenty-one pages of responsive records, releasing one page in full and twenty pages with portions withheld pursuant to FOIA Exemption 5.

4.　　Since then, the Parties have conferred about Defendants' processing of Plaintiff's FOIA request. Plaintiff has informed Defendants that it does not intend to proceed further with any challenge to Defendants' search or withholdings. Rather, Plaintiff has informed Defendants that the only remaining issue is Plaintiff's demand for attorneys' fees and costs.

5.      The Parties are still discussing this demand and respectfully request that the Court enter the accompanying Proposed Order, which provides that they will file another joint status report within one month (if they have not filed a stipulation of dismissal before then). In that status report, the Parties anticipate that they will be in a better position to update the Court on whether briefing will be necessary on the issue of attorneys' fees and costs.

April 25, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

By:   */s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

*Attorneys for Defendants*

By:   */s/ Stephen P. Nash*
Stephen P. Nash (D.C. Bar #PA0037)
SQUIRE PATTON BOGGS (US) LLP
1801 California Street, Suite 4900
Denver, Colorado 80202
Tel.: (303) 830-1776
Fax: (303) 894-9239
E-mail: stephen.nash@squirepb.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SQUIRE PATTON BOGGS (US) LLP, *Plaintiff*, v. U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*., *Defendants*. | Civil Action No.: 19-0045 (TSC) |

**[PROPOSED] ORDER**

Upon review of the Parties' Joint Status Report, and the entire record herein, it is hereby

**ORDERED** that, unless the Parties have filed a stipulation of dismissal before then, the Parties shall file another joint status report by May 27, 2019, updating the Court on whether briefing will be necessary on the issue of attorneys' fees and costs.

**SO ORDERED**.

_____                                           _____
Date                                                                          United States District Judge